Argued January 18, affirmed March 1, reconsideration denied April 12, petition for review denied August 1, 1978

STATE OF OREGON, *Appellant,*

*v.*

DAVID LEE THOMAS et al, *Respondents.*

(No. 9760, CA 8443)

575 P2d 171

John W. Burgess, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

David Groom, Certified Law Student, Salem, argued the cause for respondents. With him on the brief were Gary D. Babcock, Public Defender, and Thomas J. Crabtree, Deputy Public Defender, Salem.

Before Schwab, Chief Judge, and Johnson, Joseph and Roberts, Judges.

JOSEPH, J.

**JOSEPH, J.**

The state appeals an order suppressing the fruits of a warrantless search. The authority for the search is claimed to be that defendant was required as a condition of probation to submit to such searches by police officers. The condition was invalid.[1] *State v. Fisher,* 32 Or App 465, 574 P2d 354 (1978).

Affirmed.

---

[1] No issue is raised whether defendant, having accepted the challenged condition, can collaterally attack it in this proceeding, and we express no opinion on that question.